# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN M. ANDREWS,<br><br>,<br>                    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No.: 1:15-cv-00158-SAB<br><br>ORDER ON STIPULATION FOR AN EXTENSION OF TIME |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition to Plaintiff's opening brief shall be filed on or before December 4, 2015; and

2. Plaintiff's reply, if any, is due on or before December 21, 2015.

IT IS SO ORDERED.

Dated:   **November 2, 2015**

UNITED STATES MAGISTRATE JUDGE

1